UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                  CRIM. NO. 97-81464

v.                                   HON. BERNARD FRIEDMAN

D-1 ROBERT FETHERSTON,

       Defendant.
_____/

**ORDER OF DISMISSAL**

      Leave of the Court is granted for the reasons stated in the government's motion to dismiss the above-numbered Indictment and arrest warrant against ROBERT FETHERSTON. Accordingly, IT IS HEREBY ORDERED that the Indictment and Arrest Warrant against that defendant be dismissed.

                                                 s/Bernard A. Friedman
                                                 BERNARD FRIEDMAN
                                                 United States District Judge

Entered: September 8, 2006